___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

FEB 08 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. JONES, and DJ DRYWALL, INC.,<br><br>Defendants. | NO. CR16-30 RSM<br><br>INFORMATION (Felony)<br><br>U.S.C. Title 8, Section 1324(a)(1)(A)(iv)<br><br>(Encourage and Induce Alien) |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about August 1, 2013, at Seattle, within the Western District of Washington, DAVID L. JONES, and DJ DRYWALL, INC., did knowingly encourage and induce V R-E, an alien, a citizen and national of Mexico, to reside in the United States, knowing

//
//
//
//
//
//
//

INFORMATION/DAVID L. JONES, and DJ DRYWALL, INC. - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 and in reckless disregard of the fact that V R-E's residence in the United States was in
2 violation of law.

3      All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

4      DATED this 8th day of February, 2016.

ANNETTE L. HAYES
United States Attorney

MICHAEL DION
Assistant United States Attorney

DONALD M. RENO, JR.
Assistant United States Attorney

INFORMATION/DAVID L. JONES, and DJ DRYWALL, INC. - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970